IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PERSON OF GREGORY D. KALAYJIAN FOR PURPOSES OF OBTAINING A DNA SAMPLE | MJ-17-32-GF-JTJ<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, pursuant to Fed. R. Crim. P. 16.

DATED this 8th day of May, 2017.

_____
JOHN T. JOHNSTON
United States Magistrate Judge

1